# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHÔNE
1204 GENEVA, SWITZERLAND

38 GRESHAM STREET
LONDON EC2V 7NG

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

www.winston.com

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

WRITER'S DIRECT DIAL
(212) 294-6667

**MEMO ENDORSED**

August 29, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 3 0 2007
```

## VIA FACSIMILE

Hon. Laura T. Swain
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

Re: **Global IP Solutions, Inc. v. deltathree, Inc.,** Civil Action No.: 07 CV 7631 (RJH) (S.D.N.Y., filed August 28, 2007).

Dear Judge Swain:

We represent Global IP Solutions, Inc. ("GIPS"), the plaintiff in the above-referenced matter. We write in accordance with the August 28, 2007 order for the parties to provide the Court with language for a temporary restraining order that requires the defendant, deltathree, Inc., to report new users to GIPS on a weekly basis pending the determination of GIPS's preliminary injunction motion.

In reference to and incorporating the remainder of the Order of the Court deciding GIPS's application for a temporary restraining order on August 28, 2007, the parties have agreed on the following language:

It is hereby ORDERED that pending determination of the preliminary injunction motion, brought by Order To Show Cause, dated August 28, 2007, deltathree will provide to GIPS by Monday of each week, beginning on Monday, September 10, 2007, a weekly report of all (1) new accounts utilizing GIPS software on or after Monday, September 3, 2007, and (2) new I.P. addresses registering directly through deltathree or a through reseller of deltathree utilizing GIPS software, on or after Monday, September 3, 2007.

# WINSTON & STRAWN LLP

Hon. Laura T. Swain
August 29, 2007
Page 2

The parties are available for a conference, by telephone or in person, at the Court's convenience, to resolve any other issues or to answer questions.

Respectfully submitted,

Edward C. Wipper

cc: Dominic J. Picca (via facsimile and Federal Express)

The foregoing language is approved and adopted.

SO ORDERED.

8/29/2007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE  PART I