**JUDGE HOLWELL**

⹎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Global IP Solutions, Inc.

V.

deltathree, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CIV 7631

TO: (Name and address of Defendant)

deltathree, Inc.
75 Broad Street
New York, NY 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Luke A. Connelly
Edward C. Wipper
Winston & Strawn, LLP
200 Park Avenue
New York, NY 10166

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**       AUG 2 8 2007

CLERK                          DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GLOBAL IP SOLUTIONS, INC.,

                Plaintiff,                      Case Number 07 Civ. 7631 (RJH)

      - against -

DELTATHREE, INC.
                                              **AFFIDAVIT OF SERVICE**
              Defendant.

------------------------------------------------------------ x

STATE OF NEW YORK    )
                                ) ss.:
COUNTY OF NEW YORK )

        **EDWARD C. WIPPER**, being duly sworn, deposes and says:

        I am over the age of eighteen years, am not a party to this action and reside in the State of New York, County of Kings.

        That on the 28h day of August, 2007, at the United States District Court for the Southern District of New York located at 500 Pearl Street, New York, New York, I served a true copy of the SUMMONS and COMPLAINT upon defendant DELTATHREE, INC. by delivering a true copy thereof to Dominic Picca, Esq., a member of the law firm Mintz, Levin, et al., who advised me that he was authorized to accept service of the SUMMONS and COMPLAINT on behalf of DELTATHREE, INC.

                                                                             EDWARD C. WIPPER

Sworn to before me this
11th day of September, 2007.

_____
Notary Public
ALAN WALZ
Notary Public, State of New York
No. 01WA4836803
Qualified in Queens County
Certificate Filed in New York County
Commission Expires May 31, 2011