UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GLOBAL IP SOLUTIONS, INC.,　　　　　　　　　　　　　　　:

　　　　　　　　　　Plaintiff,　　　　　　　　　　　　　　:　　Index No. 07 Cv 7631 (RJH)

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　:　　**STATEMENT PURSUANT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TO FEDERAL RULE 7.1**
DELTATHREE, INC.,　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　Defendant.　　　　　　　　　　　　　:
-----------------------------------------------------------------x

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Deltathree, Inc., hereby certifies that it is a publicly traded company with one subsidiary, Deltathree, Ltd.


Dated: New York, New York　　　　　　　　　　Mintz Levin Cohn Ferris
　　　　September 21, 2007　　　　　　　　　　　Glovsky and Popeo, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Dominic J. Picca

　　　　　　　　　　　　　　　　　　　　　　　　　　The Chrysler Center
　　　　　　　　　　　　　　　　　　　　　　　　　　666 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel.  212-935-3000
　　　　　　　　　　　　　　　　　　　　　　　　　　Fax  212-983-3115
　　　　　　　　　　　　　　　　　　　　　　　　　　djpicca@mintz.com


NYC 363764v.1