UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| GLOBAL IP SOLUTIONS, INC.,  |                              |
|-----------------------------|------------------------------|
|         Plaintiff,          |                              |
|         -against-           | Civil Action No. 07-7631     |
| DELTA THREE, INC.,          |                              |
|         Defendant.          |                              |

**ORDER**

IT IS HEREBY ORDERED that a hearing on the Plaintiff's application for a preliminary injunction be held on Tuesday, December 4, 2007, from 11:00 a.m. to 5:00 p.m., and Wednesday, December 5, 2007, from 10:00 a.m. to 4:00 p.m., in Courtroom Number 2 of the U.S. Court of International Trade, One Federal Plaza, New York, N.Y.

_____
DONALD C. POGUE
UNITED STATES DISTRICT JUDGE[1]

Dated:    October 9, 2007
          New York, New York

---

[1] The Honorable Donald C. Pogue, Judge for the United States Court of International Trade, sitting by designation.