SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Oral Motion

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GLOBAL IP SOLUTIONS, INC.,   Plaintiff,

- against -

DELTATHREE, INC.,   Defendant.

7 cv 07631 (DCP)

ORDER FOR ADMISSION
PRO HAC VICE
ON ORAL MOTION

Upon the oral motion of __Edward C. Wipper__ attorney for __Plaintiff Global IP Solutions, Inc.__ and said sponsor attorney's affidavit declaration that applicant __Krista M. Enns__ is a member in good standing of the bar(s) of the state(s) of __California; District of Columbia__;

and that applicant's contact information is as follows (please print):

Applicant's Name:  Krista M. Enns
Firm Name:         Winston & Strawn LLP
Address:           101 California Street
City/State/Zip:    San Francisco, CA 94111
Telephone/Fax:     (415) 591-1000
Email Address:     kenns@winston.com

said applicant having requested admission pro hac vice to appear for all purposes as counsel for __Plaintiff Global IP Solutions, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that __Krista M. Enns__, is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately register for an ECF password at nysd.uscourts.gov. Counsel shall immediately forward the pro hac vice fee to the Clerk of Court.

Dated:       12/4/2007
City, State: New York, New York

_[signature]_
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006