Exhibit C

# Invoice

**Global IP Sound, Inc.($)**
900 Kearny Street
Suite 500
San Francisco, CA 94133

Customer No.: DELTA
Invoice No.: 860

Bill To: **Deltathree.com**
75 Broad Street, 31st Floor
New York, NY 10004

Ship To: **Deltathree.com**
75 Broad Street, 31st Floor
New York, NY 10004

| Date | Terms | Purchase Order Number | Our Order Number |
|---|---|---|---|
| 08/19/05 | | | 1087-OB |

| Description | Amount |
|---|---|
| Prepaid Royalty | 15000.00 |
| License - Platform (70%) | 42000.00 |
| Invoice Total | 57000.00 |

Paid

11/10/05

Banking Instructions:
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

Thank You

1960   62930

**Global IP Sound, Inc.($)**
900 Kearny Street
Suite 500
San Francisco, CA 94133

# Invoice

Customer No.: DELTA
Invoice No.: 861

Bill To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

Ship To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

| Date | Terms | Purchase Order Number | Our Order Number |
|---|---|---|---|
| 08/19/05 | Net 30 | | 1087-OB |

| Description | Amount |
|---|---|
| License - Platform (remaining 30%) | 18000.00 |
| Quarterly Support - 1st Payment | 3000.00 |
| Invoice Total | 21000.00 |

Banking Instructions:
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

Vendor #:
Doc. Date:    21250
Posting Date:
Expense:
Cost:
Ent:
Memo:          Acct 1314q
Date:          11/10/05

Thank You

**Global IP Sound, Inc.(S)**
900 Kearny Street
Suite 500
San Francisco, CA 94133

# Invoice

Customer No.: DELTA
Invoice No.: 857

Bill To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

Ship To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

| Date | Terms | Purchase Order Number | Our Order Number |
|---|---|---|---|
| 08/03/05 | Net 30 | 4500001365 | 1087-04 |

| Description | Amount |
|---|---|
| GIPS Engineering | 2000.00 |
| | Invoice Total  2000.00 |

Vendor #: 2050
Doc. Date:
Posting Date:
Expense:
Cost Center:
Entered On/Doc. #:
Method Paid:
Date of Pmt:

Banking Instructions:
Comerica Bank - California/Branch #938
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

RECEIVED
AUG 15 2005

Thank You

Global IP Sound, Inc. (S)

# Invoice

Customer No: DELTA
Invoice No: 130

Bill To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

Ship To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

| Date | Terms | Purchase Order Number | Our Order Number |
|---|---|---|---|
| 11/18/05 | Net 30 | | 1087-06 |

| Description | Amount |
|---|---|
| Basic Quarterly Support | 3000.00 |
| Invoice Total | 3000.00 |

Banking Instructions
Comerica Bank - California Branch #935
250 Pinto Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing ABA #121137522
Account #1891577654
SWIFT Code MNBDUS33

Vendor #: 2056
Doc. Date:
Posting Date:
Expense:
Cost Center:
Entered On/Doc #: 19/135CV
Method Paid:
Date of Pmt:

Thank You

# Invoice

**Global IP Sound, Inc.($)**
900 Kearny Street
Suite 500
San Francisco, CA 94133

Customer No.: DELTA
Invoice No.: 1020

Bill To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

Ship To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

| Date | Terms | Purchase Order Number | Our Order Number |
|---|---|---|---|
| 02/28/06 | Net 30 | | 1087-0B |

| Description | Amount |
|---|---|
| GIPS Basic Quarterly Support | 3000.00 |
| Invoice Total | 3000.00 |

Vendor #: 21250
Doc. Date: _____
Posting Date: _____
Expense: _____
Cost Center: _____
Entered On/Doc. #: _____
Method Paid: _____
Date of Pay: _____

*per Guy's approval*

**Banking Instructions:**
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

Thank You

# Invoice

**Global IP Sound, Inc.($)**
900 Kearny Street
Suite 500
San Francisco, CA 94133

Customer No.: DELTA
Invoice No.: 1084

Bill To: **Deltathree.com**
75 Broad Street, 31st Floor
New York, NY 10004

Ship To: **Deltathree.com**
75 Broad Street, 31st Floor
New York, NY 10004

| Date | Terms | Purchase Order Number | Our Order Number |
|---|---|---|---|
| 05/02/06 | Due upon receipt | | 1087-0B |

| Description | Amount |
|---|---|
| Q1'06 Royalty Report | 1054.00 |
| Invoice Total | 1054.00 |



MAY 11 2006

**Banking Instructions:**
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

Vendor #: _____
Doc. Date: _____
Posting Date: _____
Expense: _____
Cost Center: _____
Entered On/Doc. #: _____
Method Paid: _____

Thank You

# Invoice

Global IP Sound, Inc.($)
900 Kearny Street
Suite 500
San Francisco, CA 94133

Customer No.: DELTA
Invoice No.: 1100

Bill To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

Ship To: Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

| Date | Terms | Purchase Order Number | Our Order Number |
|---|---|---|---|
| 05/31/06 | Net 30 | | 1087-OB |

| Description | Amount |
|---|---|
| GIPS Basic Quarterly Support for Voice Engine Advanced per OEM agreement dated Aug. 19, 2005 | 3000.00 |
| Invoice Total | 3000.00 |

JK
6-1-06

**MAILED**

Banking Instructions:
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

Thank You

# gips

# Invoice

## Global IP Sound, Inc.
900 Kearny St., Ste. 500
San Francisco, CA 94133
(415) 397-2555

| | | | |
|---|---|---|---|
| | | Invoice Number: | 1693 |
| | | Contract ID#: | 1087-0B |
| | | Invoice Date: | August 31, 2006 |
| Terms: | NET30 | Due Date: | September 30, 2006 |

Bill To:

Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

PO#

| Description | SKU Code | Amount |
|---|---|---|
| Basic Support - VoiceEngine Advanced GIPS Quarterly Support per OEM agreement dated Aug. 19, 2005 | SUP0002 | $3,000.00 |
| | Invoice Total | $3,000.00 |

Banking Instructions:
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33



RECEIVED AUG 17 2006

**Thank You**



# Invoice

**Global IP Sound, Inc.**
900 Kearny St., Ste. 500
San Francisco, CA 94133
(415) 397-2555                    Terms:    RECEIPT

| | |
|---|---|
| Invoice Number: | 1740 |
| GIPS Contract ID#: | 1087-0B |
| Invoice Date: | September 06, 2006 |
| Due Date: | September 06, 2006 |

Bill To:
Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

PO#

| Description | SKU Code | Amount |
|---|---|---|
| Royalty - VoiceEngine Advanced (Unit) Royalty Report Q3 2006 | ROY0004 | $3,607.00 |
| Invoice Total | | $3,607.00 |

Banking Instructions:
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

Vendor # 31250

SEP 1 1 2006

**Thank You**

# ⓒgips

# Invoice

**Global IP Sound, Inc.**
900 Kearny St., Ste. 500
San Francisco, CA 94133
(415) 397-2555

Terms: NET30

| | |
|---|---|
| Invoice Number: | 1893 |
| GIPS Contract ID#: | 1087-0B GIPS Qrt |
| Invoice Date: | November 29, 2006 |
| Due Date: | December 29, 2006 |

Bill To:
Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

PO#

| Description | SKU Code | Amount |
|---|---|---|
| Basic Support - VoiceEngine Advanced GIPS Quarterly Support per OEM agreement dated Aug. 19, 2005 | SUP0002 | $3,000.00 |
| Invoice Total | | $3,000.00 |

Banking Instructions:
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

DEC 1 3 2006

Thank You



# Invoice

**Global IP Solutions, Inc.**
301 Brannan St., 6th Floor
San Francisco, CA 94107
(415) 397-2555                Terms: NET30

| | |
|---|---|
| Invoice Number: | 1996 |
| GIPS Contract ID#: | 1087-0B GIPS Qrt support |
| Invoice Date: | February 28, 2007 |
| Due Date: | March 30, 2007 |

Bill To:
Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

Ship To:
Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

PO#

| Description | SKU Code | Amount |
|---|---|---|
| GIPS Basic Support - VoiceEngine Advanced GIPS Quarterly Support per OEM agreement dated Aug. 19, 2005 | SUP0002 | $3,000.00 |
| | Invoice Total | $3,000.00 |

Banking Instructions:
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577684
SWIFT code MNBDUS33

MAR 5 2007

Thank You

05/07/2007  09:45   4153972577                 G                              PAGE  03/03

# gips                                                        **Invoice**

**Global IP Solutions, Inc.**

301 Brannan St., 6th Floor
San Francisco, CA 94107
(415) 397-2555                    Terms:   NET30

| | |
|---|---|
| Invoice Number: | 2046 |
| GIPS Contract ID#: | 1087-0B Q4'06 Roy Rpt |
| Invoice Date: | March 31, 2007 |
| Due Date: | April 30, 2007 |

Bill To:
Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

Ship To:
Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

PO#

| Description | SKU Code | Amount |
|---|---|---|
| Royalty report Q4'06 | ROY0004 | $5,689.00 |
| | Invoice Total | $5,689.00 |

Banking Instructions:
Comerica Bank - Californa/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137752
Account #1891577884
SWIFT code MNBDUS33

Thank You

# gips  Global IP Solutions, Inc.

301 Brannan St., 6th Floor
San Francisco, CA 94107
(415) 397-2555

# Invoice

| | |
|---|---|
| Invoice Number: | 2096 |
| GIPS Contract ID#: | 1087-0B |
| Invoice Date: | May 30, 2007 |
| Due Date: | June 29, 2007 |
| Terms: | NET30 |

**Bill To:**
Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

**Ship To:**
Deltathree.com
75 Broad Street, 31st Floor
New York, NY 10004

PO#

| Description | SKU Code | Amount |
|---|---|---|
| GIPS Basic Support - VoiceEngine Advanced Quarterly payment | SUP0002 | $3,000.00 |

Per OEM Agreement Dated Aug. 19, 2005

| | Invoice Total | $3,000.00 |
|---|---|---|

Banking Instructions:
Comerica Bank - California/Branch #939
226 Airport Parkway
San Jose, CA 95110
Global IP Sound, Inc.
Routing/ABA #121137522
Account #1891577884
SWIFT code MNBDUS33

21250

19/18464

**Thank You**

| Assignment | Doc..Date | Amount in doc. curr. | Text |
|---|---|---|---|
| **License** | | | |
| Global IP Sound | 01.10.2005 | -18,000.00 | Licence Platform (30%) |
| Global IP Sound | 01.10.2005 | -42,000.00 | Licence Platform (70%) |
| **Total for license** | | **-60,000.00** | |
| | | | |
| **Quaterly support** | | | |
| Global IP Sound | 01.10.2005 | -3,000.00 | Q Support, INV# 861 |
| Global IP Sound | 19.11.2005 | -3,000.00 | Quarterly Support , INV# 930 |
| Global IP Sound | 29.11.2006 | -3,000.00 | GIPS Qtrly Royalty Report , Inv# 1893 |
| Global IP Sound | 31.05.2006 | -3,000.00 | Q2 Suppor Voice Engine , INV# 1100 |
| Global IP Sound | 31.08.2006 | -3,000.00 | Q3 Suppor Voice Engine , INV# 1693 |
| Global IP Sound | 28.02.2006 | -3,000.00 | GIPS Qtrly Support , Inv# 1087-0B |
| Global IP Sound | 28.02.2007 | -3,000.00 | GIPS Basic Support Q1 2007, Inv# 1996 |
| Global IP Sound | 30.5.2007 | -3,000.00 | GIPS Basic Support Q2 2007, Inv# 2096 |
| **Total support** | | **-24,000.00** | |
| | | | |
| **Royalties** | | | |
| Global IP Sound | 01.10.2005 | -15,000.00 | Royalty, INV# 860 |
| Global IP Sound | 06.09.2006 | -3,607.00 | GIPS Qtrly Royalty Report , Inv# 1740 |
| Global IP Sound | 02.05.2006 | -1,054.00 | Q1 Royalty Report , INV# 1084 |
| Global IP Sound | 31.03.2007 | -5,689.00 | GIPS Qtrly Royalty Report Q4 2006, Inv# 2046 |
| **Total royalties** | | **-25,350.00** | |
| | | | |
| **Other** | | | |
| Global IP | 03.08.2005 | -2,000.00 | Global IP: GIPS Engineering Inv 857 |
| **Total other** | | **-2,000.00** | |
| | | | |
| **Total paid** | | **-111,350.00** | |