# WINSTON & STRAWN LLP

| 35 WEST WACKER DRIVE<br>CHICAGO, ILLINOIS 60601-9703<br><br>43 RUE DU RHONE<br>1204 GENEVA, SWITZERLAND<br><br>99 GRESHAM STREET<br>LONDON EC2V 7NG | 101 CALIFORNIA STREET<br>SAN FRANCISCO, CALIFORNIA 94111-5894<br><br>(415) 591-1000<br><br>FACSIMILE (415) 591-1400<br><br>www.winston.com | 333 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA 90071-1543<br><br>200 PARK AVENUE<br>NEW YORK, NEW YORK 10166-4193<br><br>25 AVENUE MARCEAU<br>75116 PARIS, FRANCE<br><br>1700 K STREET, N.W.<br>WASHINGTON, D.C. 20006-3817 |

WRITER'S DIRECT DIAL
415-591-1402
kenns@winston.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-22-08

February 21, 2008

**BY FACSIMILE**

Honorable Donald C. Pogue
United States Court of International Trade
One Federal Plaza
New York, New York 10278-0001

Re:   Global IP Solutions, Inc. v. Deltathree, Inc., No. 07 CV 7631

Dear Judge Pogue:

This firm represents Plaintiff Global IP Solutions, Inc. in the above-referenced matter. We write to inform the Court that the parties have agreed to the following briefing schedule for Defendant Deltathree, Inc.'s motion for partial summary judgment, which was filed on February 6, 2008:

| | |
|---|---|
| Plaintiff's Opposition | due February 29, 2008 |
| Defendant's Reply | due March 17, 2008 |

Respectfully Submitted,

Krista M. Enns

IT IS SO ORDERED.

Dated: February 22, 2008

D. Pogue
The Honorable Donald C. Pogue
United States District Court Judge

cc   Dominic J. Picca, Esq. (via facsimile)