UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GLOBAL IP SOLUTIONS, INC.,            :

            Plaintiff,             :       07 CV 7631 (DCP)

vs.                                   :
                                      :       **NOTICE OF MOTION FOR**
                                      :       **STAY OF DISCOVERY**
DELTATHREE, INC.,                     :
                                      :
            Defendant.             :
-----------------------------------------------------------------x

      PLEASE TAKE NOTICE that upon the Defendant's Memorandum of Law in Support of its Motion for a Stay of Discovery, the Declaration of Dominic J. Picca dated February 25, 2008, together with all pleadings and proceedings on file in this matter, Defendant Deltathree, Inc., through its undersigned counsel, will move this Court before the Honorable Donald C. Pogue, Judge for the United States Court of International Trade sitting by designation, at the U.S. Court of International Trade, Courtroom Number 2, on a date to be determined by the Court, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for an Order granting a stay of discovery pending disposition of Deltathree's Motion for Partial Summary Judgment.

Dated:  February 25, 2008

                                            MINTZ LEVIN COHN FERRIS
                                            GLOVSKY AND POPEO, P.C.

                                            By:_____
                                               Dominic J. Picca
                                               Seth R. Goldman

                                            Chrysler Center
                                            666 Third Avenue
                                            New York, New York 10017
                                            212-692-6845
                                            *Attorneys for Defendant deltathree, Inc.*

To:    Luke A. Connelly, Esq.
Edward C. Wipper, Esq.
WINSTON & STRAWN, L.L.P.
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Jonathan M. Cohen (admitted *pro hac vice*)
Krista M. Enns (application for *pro hac vice* pending)
101 California Street, Suite 3900
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Plaintiff Global IP Solutions, Inc.

4264553v.1