UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GLOBAL IP SOLUTIONS, INC.,

Plaintiff,

v.                                                                    07 CV 7631 (DCP)

DELTATHREE, INC.,

Defendant.
------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF MOTION TO STAY DISCOVERY

PLEASE TAKE NOTICE that DELTATHREE, INC., defendant in the above titled action, hereby withdraws its Motion to Stay Discovery filed with this Court on February 25, 2008.

Dated: New York, New York
February 28, 2008

_____
Dominic J. Picca (DP 2376)
Seth R. Goldman (SG 2452)
MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO, P.C.
666 Third Avenue
New York, New York 10017
Attorneys for Defendant
Tel: (212) 935-3000

*Attorneys for Defendant Deltathree, Inc.*