USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
GLOBAL IP SOLUTIONS, INC.,           :     07 Civ. 7631 (DCP)
                      Plaintiff,     :
         – v. –                      :
DELTATHREE, INC.,                    :     **STIPULATION AND ORDER**
                      Defendant.     :
------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys, that the time for Defendant Deltathree, Inc. ("Deltathree") to file its Reply to its Motion for Partial Summary Judgment (Docket No. 17) is extended to March 25, 2008, and it is further

STIPULATED AND AGREED, that the time for Deltathree to file its opposition to Plaintiff's Motion to Strike (Docket No. 28) is extended to March 25, 2008, and it is further

STIPULATED AND AGREED, that the time for Plaintiff to file its Reply to its Motion to Strike (Docket No. 28) is extended to April 4, 2008.

This is the first requested extension for Plaintiff's Motion to Strike. The parties stipulated to an extended briefing schedule with respect to Deltathree's Motion for Partial Summary Judgment and the first requested extension of that schedule.

Dated: New York, New York
       March 17, 2008

WINSTON & STRAWN, L.L.P.

By: *Krista M. Enns/jmc*
Luke A. Connelly, Esq
Edward C. Wipper, Esq.
200 Park Avenue
New York, New York 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700

Jonathan M. Cohen (admitted *pro hac vice*)
Krista M. Enns (admitted *pro hac vice*)
101 California Street, Suite 3900
San Francisco, CA 94111

MINTZ LEVIN COHN FERRIS
GLOVSKY and POPEO, P.C

By: *Dominic J. Picca/djp*
Dominic J. Picca, Esq.
Seth R. Goldman, Esq.
Chrysler Center
666 Third Avenue
New York, New York 10017
Telephone: (212) 935-3000
*Attorneys for Defendant Deltathree*

1

Telephone: (415) 591-1000
Facsimile: (415) 591-1400
*Attorneys for Plaintiff Global IP Solutions, Inc.*

So Ordered:

[signature]   3/15/08

4282839v.1

2