UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL IP SOLUTIONS, INC.,<br><br>                    Plaintiff,<br><br>     -against-<br><br>DELTATHREE, INC.,<br><br>                    Defendant. | **ECF Case**<br>Civil Action No. 07 CV 7631 (DCP)<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that I, Krista M. Enns, hereby respectfully enter an appearance for Plaintiff Global IP Solutions, Inc. in the above-captioned action.

  I certify that I am admitted to practice *pro hac vice* in this Court.

Dated:  New York, New York
        March 19, 2008

                                        **WINSTON & STRAWN LLP**

                                        /s/ Krista M. Enns
                                        Krista M. Enns
                                        kenns@winston.com

                                        101 California Street, Suite 3900
                                        San Francisco, CA 94111-5894
                                        T: (415) 591-1000

                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify under penalty that a true and correct copy of the foregoing NOTICE OF APPEARANCE was served on March 19, 2008 upon counsel of record, listed below, by filing it on that day by means of the U.S. District Court for the Southern District of New York's Case Management/Electronic Case Filing (CM/ECF) system.

Dated:   March 19, 2008

                                             /s/ Krista M. Enns
                                                Krista M. Enns

NY:1167761.1