**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 5/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GLOBAL IP SOLUTIONS, INC.  :  07 CV 7631 (RJH)

                Plaintiff,  :  **NOTICE OF MOTION**
                          :  **TO STRIKE**

        -against-  :

DELTATHREE, INC.  :

                Defendant.  :
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT**, upon the accompanying:

- Memorandum Of Law In Support Of Plaintiff's Motion To Strike Shimmy Zimels' Declaration Or, In The Alternative, Disregard It, dated February 29, 2008,

- the Declaration of Jeff Zeichick in Support of Plaintiff's Motion to Strike Shimmy Zimels's Declaration and of Plaintiff's Opposition Defendant Deltathree, Inc.'s Motion for Partial Summary Judgment,

- the Declaration of Edward Abbati in Support of Plaintiff's Motion to Strike Shimmy Zimels's Declaration and of Plaintiff's Opposition to Defendant Deltathree, Inc.'s Motion for Partial Summary Judgment,

- the Declaration of Jonathan M. Cohen in Support of Plaintiff's Motion to Strike Shimmy Zimels's Declaration and of Plaintiff's Opposition to Defendant Deltathree, Inc.'s Motion for Partial Summary Judgment,

- and upon all prior pleadings and proceedings herein,

the undersigned will move this Court before the Honorable Donald C. Pogue, Judge for the United States Court of International Trade sitting by designation, at the U.S. Court of International Trade, Courtroom Number 2, at a date and time to be set by the Court, for an order:

- striking the Declaration of Shimmy Zimels, or, in the alternative,

- that the Declaration of Shimmy Zimels will be disregarded, or, in the alternative,

- striking paragraphs 4 and 5 and Exhibit C of the Declaration of Shimmy Zimels, or, in the alternative,

- that paragraphs 4 and 5 and Exhibit C of the Declaration of Shimmy Zimels will be disregarded.

Dated: New York, New York
February 29, 2008

                Respectfully Submitted,

                WINSTON & STRAWN LLP

                /s/ Krista Enns

By:    Luke A. Connelly, Esq.
        Edward C. Wipper, Esq.
        WINSTON & STRAWN LLP
        200 Park Avenue
        New York, NY 10166-4193
        Telephone:  (212) 294-6700
        Facsimile:   (212) 294-4700

Jonathan M. Cohen, Esq.
*Admitted pro hac vice*
Krista M. Enns, Esq.
*Admitted pro hac vice*
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894

*Attorneys for Plaintiff Global IP Solutions, Inc.*

SF:200136.2