UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
,---------------------,
| GLOBAL IP SOLUTIONS, INC., |
|                            |
|           Plaintiff,       |
|                            |
|           -against-        |      Civil Action No. 07-7631
|                            |
| DELTA THREE, INC.,         |
|                            |
|           Defendant.       |
|                            |
'----------------------------'
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

ORDER

IT IS HEREBY ORDERED that the parties shall file a status report in this matter on or before June 24, 2008.

_____
DONALD C. POGUE
UNITED STATES DISTRICT JUDGE[1]

Dated:    June 3, 2008
          New York, New York

---

[1] The Honorable Donald C. Pogue, Judge for the United States Court of International Trade, sitting by designation.