UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- X
                                                          :
GLOBAL IP SOLUTIONS, INC.                                 :    07 CV 7631 (RJH)
                                                          :
                               Plaintiff,                 :
                                                          :
            -against-                                     :
                                                          :
DELTATHREE, INC.                                          :
                                                          :
                               Defendant.                 :
-------------------------------------------------------------------------- X

## JOINT STATUS REPORT
### (IN RESPONSE TO THE COURT'S JUNE 4, 2008 ORDER)


WINSTON & STRAWN LLP

By:  Luke A. Connelly, Esq.
200 Park Avenue
New York, New York 10166
Telephone:     (212) 294-6700
Facsimile:     (212) 294-4700

Jonathan M. Cohen
      (admitted *pro hac vice*)
Krista M. Enns
      (admitted *pro hac vice*)
101 California Street, Suite 3900
San Francisco, California  94111
Telephone:     (415) 591-1000
Facsimile:     (415) 591-1400

*Attorneys for Plaintiff Global IP Solutions, Inc.*

MINTZ LEVIN COHN FERRIS GLOVSKY
      AND POPEO PC
By:  Dominic J. Picca
Chrysler Center
666 Third Avenue
New York, NY  10017


*Attorneys for Deltathree, Inc.*

1

On June 4, 2008, this Court entered an order directing the parties to "file a status report in this matter on or before June 24, 2008." Doc. 47. The parties have reached a tentative settlement and expect that they will file a Stipulated Dismissal and Proposed Order for the Court's signature by July 20, 2008.

Dated: New York, New York
       June 24, 2008

Respectfully Submitted,

WINSTON & STRAWN LLP

/s/ Krista M. Enns

By:    Luke A. Connelly, Esq.
200 Park Avenue
New York, NY 10166-4193
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700

Jonathan M. Cohen, Esq.
*Admitted pro hac vice*
Krista M. Enns, Esq.
*Admitted pro hac vice*
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894

*Attorneys for Plaintiff Global IP Solutions, Inc.*

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC

/s/ Dominic J. Picca
Chrysler Center
666 Third Avenue
New York, NY 10017

*Attorneys for Deltathree, Inc.*
