*Judge Regus*

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 7/8/08          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

GLOBAL IP SOLUTIONS, INC.                    :        07 CV 7631 (DCP)

                         Plaintiff,          :

            -against-                        :

DELTATHREE, INC.                             :

                         Defendant.          :

----------------------------------------X

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

WINSTON & STRAWN LLP                MINTZ LEVIN COHN FERRIS GLOVSKY
                                         AND POPEO PC
By:  Luke A. Connelly, Esq.         By:  Dominic J. Picca, Esq.
200 Park Avenue                     Chrysler Center
New York, New York 10166            666 Third Avenue
Telephone:    (212) 294-6700        New York, NY  10017
Facsimile:    (212) 294-4700

Jonathan M. Cohen, Esq.             *Attorneys for Deltathree, Inc.*
    (admitted *pro hac vice*)
Krista M. Enns, Esq.
    (admitted *pro hac vice*)
101 California Street, Suite 3900
San Francisco, California  94111
Telephone:    (415) 591-1000
Facsimile:    (415) 591-1400

*Attorneys for Plaintiff Global IP Solutions, Inc.*

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned action should be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: New York, New York
July 7, 2008

Respectfully Submitted,

WINSTON & STRAWN LLP

By:     Luke A. Connelly, Esq.
        200 Park Avenue
        New York, NY 10166-4193
        Telephone:    (212) 294-6700
        Facsimile:    (212) 294-4700

        Jonathan M. Cohen, Esq.
        *Admitted pro hac vice*
        Krista M. Enns, Esq.
        *Admitted pro hac vice*
        WINSTON & STRAWN LLP
        101 California Street, Suite 3900
        San Francisco, CA  94111-5894

        *Attorneys for Plaintiff Global IP Solutions, Inc.*

        MINTZ LEVIN COHN FERRIS
        GLOVSKY AND POPEO PC

By:     Dominic J. Picca, Esq.
        Chrysler Center
        666 Third Avenue
        New York, NY  10017

        *Attorneys for Deltathree, Inc.*

SF:200136.2

2

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate that the above-captioned action should be dismissed with prejudice.

IT IS SO STIPULATED.

Dated: New York, New York
July 7, 2008

Respectfully Submitted,

WINSTON & STRAWN LLP

By:  Luke A. Connelly, Esq.
200 Park Avenue
New York, NY 10166-4193
Telephone:   (212) 294-6700
Facsimile:   (212) 294-4700

Jonathan M. Cohen, Esq.
*Admitted pro hac vice*
Krista M. Enns, Esq.
*Admitted pro hac vice*
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894

*Attorneys for Plaintiff Global IP Solutions, Inc.*

MINTZ LEVIN COHN FERRIS
GLOVSKY AND POPEO PC

By:  Dominic J. Picca, Esq.
Chrysler Center
666 Third Avenue
New York, NY 10017

*Attorneys for Deltathree, Inc.*

SF:2001362

2

IT IS SO ORDERED.

Dated July ___, 2008

_____
Donald C. Pogue
UNITED STATES DISTRICT JUDGE[1]

---

SF:208564.1

[1] The Honorable Donald C. Pogue, Judge for the United States Court of International Trade, sitting by designation.